## 32268. DETHERO v. DETHERO.

JORDAN, Justice.

In this divorce action the wife appellee was awarded $300 per month as temporary alimony, $343 per month for each of 2 children, and $2,500 attorney fees. Husband appellant appeals.

We find no error. Evidence shows appellant owns corporate stock valued at $250,000 which paid $10,000 dividends in 1976; take home salary of approximately $720 per month; and savings accounts of approximately $18,000.

This court has consistently held that an award of temporary alimony and attorney fees will not be disturbed unless there is a flagrant or manifest abuse of discretion by the trial court. *Shepherd v. Shepherd,* 231 Ga. 257 (200 SE2d 893) (1973); *Johnson v. Johnson,* 236 Ga. 647 (225 SE2d 36) (1976). We find no such abuse here though the evidence shows that appellee has a substantial separate estate and income.

*Judgment affirmed. All the Justices concur.*

SUBMITTED JUNE 24, 1977 — DECIDED SEPTEMBER 8, 1977.

*Mitchell, Mitchell, Coppedge, Boyett & Wester,*
*Warren N. Coppedge, Jr., Elliott, Goode, Jenne & Varnell,*
*Robert W. Varnell, Jr.,* for appellant.
*Dennis D. Watson,* for appellee.